DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DERRICK LAMONT WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2450

————————————————

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.